**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KIMBERLY A. LaGATTA, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 08-1268 |
| | ) | |
| vs. | ) | |
| | ) | U.S. District Judge Gary L. Lancaster |
| THE PENNSYLVANIA CYBER | ) | |
| CHARTER SCHOOL, | ) | |
| | ) | **ELECTRONICALLY FILED** |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 25 day of _____, 2011,

upon consideration of Defendant's Motion for Enlargement of Time to File a Summary

Judgment Motion, it is hereby ORDERED that said Motion is GRANTED. It is further

ORDERED that Defendant will file its Motion for Summary Judgment on or before June 3,

2011 and that Plaintiff will have thirty (30) days to respond to the Defendant's Summary

Judgment Motion from the date the Defendant's Motion is filed. Plaintiff's Motion for
Scheduling Order [doc. #53] is DENIED.

BY THE COURT:

Chief U.S. District Judge Gary L. Lancaster

12/1284060.v1