# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY A. LaGATTA, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 08-1268 |
| | ) |
| vs. | ) |
| | ) U.S. District Judge Gary L. Lancaster |
| THE PENNSYLVANIA CYBER CHARTER SCHOOL, | ) |
| | ) |
| | ) **ELECTRONICALLY FILED** |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this _11_ day of _Oct_, 2011, upon consideration of Defendant's Motion for Attorney Fees and Related Nontaxable Expenses and all responses thereto, it is hereby ORDERED as follows:

1. Within thirty (30) days from the date of this Order, Defendant shall file a fee petition together with all supporting documentation including a brief in support of the fee petition relative to the defense of Plaintiff's claim;

2. Plaintiff shall respond to the Defendant's fee petition within (15) fifteen days from the date that the Defendant's fee petition is filed; and

3. Defendant will respond to Plaintiff's opposition to Defendant's fee petition, if any, within (15) fifteen days from the date the Plaintiff files her response.

BY THE COURT:

_____/s/ Lancaster_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge